**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

J.M.M.,

                     **Petitioner,**

          **-against-**

ARTETA ET AL,

                  **Respondents.**

------------------------------------------------------------- x

       **1:26-cv-03184-ALC**

       <u>**ORDER TO ANSWER, 28**</u>
       <u>**U.S.C. § 2241**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

Petitioner brings this petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. *See* ECF No. 1.  The Government is hereby ORDERED to file an answer or other pleadings in response to the petition on or before **May 5, 2026.**

Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court. *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a habeas petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205 (WJM) (STV), 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117 (BLF), 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same). To preserve the Court's jurisdiction pending a ruling on the petition, petitioner shall not be removed from the United States unless and until the Court orders otherwise. *See, e.g.*, *Kuprashvili v. Flanagan*, No. 25-CV-5268 (PAE) (S.D.N.Y. June 30, 2025) (collecting

cases staying removal to maintain the status quo).

**SO ORDERED.**

**Dated:  April 20, 2026**

      **New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**