**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**J.M.M.,**

                  **Petitioner,**

       **-against-**              :      **1:26-cv-03184-ALC**

**ARTETA ET AL,**         :      **ORDER**

                **Respondents.**

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On April 20, 2026, Petitioner filed a Motion for Confidentiality to go by a pseudonym.

*See* ECF No. 3. The Court hereby **GRANTS** this motion temporarily. The Government is

ordered to respond to this motion by **May 5, 2026.** The Clerk of Court is respectfully directed to

terminate the pending motion at ECF No. 3.

**SO ORDERED.**

**Dated:  April 20, 2026**

      **New York, New York**             **ANDREW L. CARTER, JR.**
                                       **United States District Judge**