**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x

J.M.M.,                                          :
                                                 :
                              **Petitioner,**    :
                                                 :
              -against-                          :        **1:26-cv-03184-ALC**
                                                 :
ARTETA ET AL,                                    :        <u>**ORDER**</u>
                                                 :
                              **Respondents.**   :
                                                 :
                                                 :
                                                 :
------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

   The Court will conduct a telephonic conference in this action tomorrow on **May 15, 2026**

**at 11:00am.** The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700

226#) on the date and time specified above.

**SO ORDERED.**

**Dated:  May 14, 2026**

_____

  **New York, New York**      **ANDREW L. CARTER, JR.**
                  **United States District Judge**