**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------  x

J.M.M.,

        Petitioner,

    -against-

ARTETA ET AL,

        Respondents.

---------------------------------------------------------  x

:
:
:
:
:
:
:
:
:
:
:
:

1:26-cv-03184-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

   On May 15, 2026, following this Court's oral ruling on the habeas petition, the Court entered an Order on the docket granting the petition and ordering Petitioner immediately released. *See* ECF No. 13.  That same day, Respondents filed a letter certifying compliance with the Court's order. *See* ECF No. 14. As such, the Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

**Dated:  May 19, 2026**

   **New York, New York**

         **ANDREW L. CARTER, JR.**
         **United States District Judge**