UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.M.M., | |
| Petitioner, | |
| -against- | |
| ARTETA ET AL., | |
| Respondents. | |

26 CIVIL 3184 (ALC)

## **JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated May 19, 2026, and the Court's Text Only Order dated May 15, 2026, the petition is Granted;; accordingly, the case is closed.

**Dated:**   New York, New York
          May 20, 2026

TAMMI M. HELLWIG
**Clerk of Court**

**BY:**

**Deputy Clerk**